IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOUSECANARY, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. SA-18-CA-0519-FB |
| § | |
| QUICKEN LOANS, INC., ONE REVERSE § | |
| MORTGAGE, LLC, AND IN-HOUSE § | |
| REALTY, LLC., § | |
| § | |
| Defendants. § | |

**ORDER GRANTING REQUEST FOR STAY**
**PENDING RULING ON JURISDICTIONAL ISSUES**

Before the Court are Defendants' Motion for an Appealable Ruling on Their Motion to Dismiss or Transfer for Lack of Personal Jurisdiction and Venue (docket #128); HouseCanary's Response (docket #130); and Defendants' Reply (docket #137). In addition to other requested relief, defendants have suggested that this Court temporarily stay this case until the Court issues its ruling on the pending jurisdictional and venue issues. The Court finds the suggestion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that this case is STAYED in its entirety, including any further merits-based discovery, pending the Court's resolution of the jurisdictional and venue issues.

It is so ORDERED.

SIGNED this 25th day of March, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE